ACCEPTED
04-14-00711-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/9/2015 2:42:25 PM
KEITH HOTTLE
CLERK

No. 04-14-00711-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

06/9/2015 2:42:25 PM

KEITH E. HOTTLE
Clerk

_____

PETER J. DRAGON,

*Appellant*,

v.

CHARLES E. HARRELL AND HOLLIS R. HARRELL,

*Appellees*.

_____

Cause No. 13-1100232-CVK
On Appeal from the 218th Judicial District Court, Karnes County, Texas
Honorable Donna S. Rayes, Judge Presiding

_____

APPELLEES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME.

_____

Jesse R. Castillo
State Bar No. 03986600
*jcastillo@casnlaw.com*
Melanie A. Castillo
State Bar No. 24074491
*mcastillo@casnlaw.com*
CASTILLO SNYDER, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

*Counsel for Appellees Charles E.*
*Harrell and Hollis R. Harrell*

**APPELLEES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Appellees Charles E. Harrell and Hollis R. Harrell and hereby file this motion asking that the Court extend time for filing the Appellees' brief in this cause, and in support hereof would show the Court as follows:

1.

A. The case is on appeal from the 218th Judicial District, Karnes County, Texas.

B. The style and number of the case in the trial court was Cause No. 13-11-00232-CVK; *Charles E. Harrell and Hollis R. Harrell v. Peter J. Dragon*.

C. Appellant Peter J. Dragon is appealing an Order entered by the Court on February 13, 2015 granting Appellees Charles E. Harrell and Hollis R. Harrell's Motion for Summary Judgment and denying Peter J. Dragon's Motion for Summary Judgment.

D. The present deadline for filing the brief of Appellees in this case is June 10, 2015.

E. Appellees seek an extension of time of eight (8) days – until June 18, 2015.

F. This is Appellees' First Motion For Extension Of Time filed in this matter.

G. Appellant Peter J. Dragon has agreed to this request.

2

2.

Due to previous trial deadlines and commitments, counsel for Appellees are unable to perform the necessary legal research and finalize Appellees' brief by the existing deadline.

3.

This extension is not sought for the purpose of delaying this appeal, but so that justice may be done.

Respectfully Submitted,

CASTILLO SNYDER, P.C.
Bank Of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
(210) 630-4200
(210) 630-4210 (Facsimile)

_/s/ Melanie A. Castillo_
Jesse R. Castillo
State Bar No. 03986600
Edward C. Snyder
State Bar No. 00791699
Melanie A. Castillo
State Bar No. 24074491

*ATTORNEYS FOR APPELLEES*
*CHARLES E. HARRELL AND*
*HOLLIS R. HARRELL*

3

## CERTIFICATE OF CONFERENCE

On June 9, 2015, Melanie A. Castillo conferred with Elizabeth R. Kopecki, counsel for Appellant regarding Appellees' Motion for Extension Of Time through telephonic communication and Ms. Kopecki indicated she was unopposed to the relief requested in this motion.

/s/ Melanie A. Castillo
Melanie A. Castillo

*ATTORNEYS FOR APPELLEES*
*CHARLES E. HARRELL AND*
*HOLLIS R. HARRELL*

4

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was sent by electronic mail to the following:

Ms. Elizabeth Kopecki          *EMAIL: ekopecki@langleybanack.com*
Mr. Clinton M. Butler          *EMAIL: cbutler@langleybanack.com*
LANGLEY, BANACK & BUTLER
114 N. Panna Maria Avenue
Karnes City, Texas 78118

on this 9th day of June, 2015.

*/s/ Melanie A. Castillo*
Melanie A. Castillo

J:\CS PC - Current\Harrell - Petrohawk 19155.3\Appeal\Mtn-4-Ext-Time.docx